JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ AGRIPINA ANGELES CANO,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Respondents. | Case No. 5:26-cv-01436-FLA (RAO)<br><br>**ORDER DISMISSING AS MOOT PETITIONER'S PETITION FOR WRIT OF *HABEAS* CORPUS [DKT. 1] AND ACTION, PURSUANT TO THE PARTIES' JOINT STATUS REPORT [DKT. 10]** |

1

On April 20, 2026, the court issued an order enjoining Respondents from continuing to detain Petitioner unless she was provided with an individualized bond hearing before an immigration court, pursuant to 8 U.S.C. § 1226(a).  Dkt. 9 at 2.  The court further ordered the parties to file a joint statement "identifying what issues remain in dispute, if any, and addressing why the [Petition for Writ of *Habeas Corpus* ("Petition," Dkt. 1)] and this action should not be dismissed as moot."

On May 1, 2026, the parties filed a Joint Status Report, in which Petitioner acknowledges "[t]he sole relief sought in the Petition is an order requiring Respondent[s] to provide a bond hearing under 8 U.S.C. § 1226(a)," and that "Petitioner has now received that hearing."  Dkt. 10 at 2.  Accordingly, the parties agree the Petition (Dkt. 1) is now moot.  *Id.* at 2–3.

Because Petitioner has already received all relief requested and the parties agree that the Petition is moot, the court DISMISSES the Petition and action.  *See* Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED.

Dated: May 14, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge